UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ASSURANCE COMPANY OF AMERICA,
A New York Corporation,

       Plaintiff,                      Case No. 06-CV-13371
                                              Hon.: Arthur Tarnow
-vs-                                              Magistrate Judge Steven Pepe

LAVDAS JEWELRY LIMITED, A
Michigan Limited Liability Corporation,

       Defendant.
_____/

MICHAEL J. BLACK (P10937)
Attorney for Plaintiff
888 West Big Beaver Road, Suite 777
Troy, Michigan 48084
(248) 273-0900
mikeb@bdlaw.us

VEN R. JOHNSON (P39219)               STUART A. SKLAR (P38146)
Fieger, Fieger, Kenney & Johnson, P.C.    Fabian Sklar & King, P.C.
Attorney for Defendant                        Attorney for Defendant
19390 West 10 Mile Road                 33450 W. 12 Mile Road
Southfield, Michigan 48075              Farmington Hills, Michigan 48331
(248) 355-5555                                      (248) 553-2000
v.johnson@fiegerlaw.com                 Ssklar@fabiansklar.com

**DEFENDANT LAVDAS JEWELRY LIMITED'S WITNESS LIST**

      **NOW COMES** Defendant, Lavdas Jewelry Limited, by and through their attorneys,

**FIEGER, FIEGER, KENNEY, JOHNSON & GIROUX, P.C.**, and **FABIAN SKLAR &**

**KING, P.C.** and state for their Witness List states as follows:

      1.      All parties to the lawsuit;

2. Nicholas Lavdas;

3. Maria Lavdas;

4. Tony Scargall - father-in-law;

5. Dennis Scargall - uncle;

6. Cynthia Kendall-Lowe - employee;

7. Jennifer Rocheleau-Langreet - employee;

8. Graziella (Grace) Donofrio - employee;

9. Aannalisa Lamiliza - employee;

10. Sheryl Stopczynski - employee;

11. Pamela Fox - employee;

12. Amanda Glaros - employee

13. Kristen Grzybowski - employee;

14. Emad Abdulghani - employee;

15. Justin Perry - employee;

16. Katherine Beauvais - employee;

17. Patrick Flanagan - Assurance Company of America;

18. Craig Becker - Globe Midwest/Adjusters International (Potential Expert regarding damages, policy coverage and claims handling practices);

19. Chris Mills - insurance agent;

20. Patrick Green - insurance agent;

21. John Green - friend;

22. Jerry Youkelson - customer;

23. Sean Campeau - employee of Lavdas Limousine;

24. Carmen Pohorily - employee of Lavdas Limousine;

25. Michelle Kedrow - Friar Tuck's Manager;

26. T.J. Strickland - Investigator for Zurich/Assurance

27. Pjeter Berishic - suspect;

28. Simon Berishic - suspect;

29. Gjon Gjurashaj - suspect;

30. Henri Sumyk - FBI;

31. Juan Herrera - FBI;

32. Russell Salyers - Warren EMS;

33. Warren EMS - Brinkman (Douglas);

34. Paul Sinda - Warren EMS;

35. Warren EMS - May;

36. Any and all personnel who consulted, treated and/or cared for Nicholas Lavdas at William Beaumont Hospital:

    a. Dr. Christopher McPeak;
    b. Dr. Hugh Kerr;
    c. Dr. William Keye, Jr.; and,
    d. Dr. Bradford Walters.

37. Warren Police Department, including but not limited to:

    a. Ron Visbara
    b. Det. Kevin Woods
    c. Det. Brendan Brosnan;
    d. Daryl Tempest
    e. Daniel Bozek;
    f. Joseph Ballinger;
    g. Daniel Novak;

      h.      Frank Gasser;
      i.      William Reichling;
      j.      Michael Caruso;
      k.      Michael Kireta;
      l.      Randy Costanzo;
      m.      Jeffrey Knoblauch;
      n.      Kathleen Miller;
      o.      Eric Schulz;
      p.      Robert Schaffner;
      q.      Richard Bewley;
      r.      Timothy Maniere;
      s.      Paul Westrick;
      t.      Brian Gilchrist;
      u.      Det. Klik;
      v.      Carole Yustick;
      w.      Lillian Smolinski;
      x.      Capt. Mazzonne;
      y.      Lt. Stano; and,
      z.      Det. Keitz.

38.    James Zender, Ph.D. - treating physician;

39.    Guardian Alarm, including but not limited to:

      a.      Bill Hodges;
      b.      Joseph Fortuna;
      c.      Debra/Debi Carey;
      d.      Bess Kalergis-Reed (sic);
      e.      K. Majaski (sic);
      f.      Sandy Flaunoy (sic);
      g.      Jeff Nelson;
      h.      Flores/#694;
      i.      R. Kay (sic); and,
      j.      Employee #573.

40.    Keeper of the Records for:

      a.      Warren Police Department;
      b.      Warren EMS;
      c.      FBI/Federal Bureau of Investigation;
      d.      William Beaumont Hospital;
      e.      James Zender, Ph.D., P.C.;
      f.      Dr. Tieghe;

       g.      St. John Urgent Care;
       h.      Michigan Institute of Urology;
       i.      Henry Ford Hospital;
       j.      Cincinnati Insurance Company;
       k.      Retailers Mutual Insurance Company;
       l.      Globe Midwest/Adjustors International;
       m.      Guardian Alarm of Michigan;
       n.      Assurance Company of America/Zurich; and,
       o.      Zurich Insurance/Assurance Company of America.

41.    Cincinnati Insurance Company Claim Representative;

42.    Retailers Mutual Insurance Company Claim Representative;

43.    Globe Midwest/Adjusters International Claim Representative;

44.    Assurance Company of American Claim Representative;

45.    Assurance Company of American Claim Representatives past and present including but not limited to adjustors and investigators;

46.    Zurich Insurance Claim Representative;

47.    Dr. Michael Thomson - Economic Expert
       2350 Franklin Road, Suite 200, Bloomfield Hills, MI 48302;

48.    Any and all rebuttal witnesses as necessary;

49.    Any and all witnesses learned through the course of continued discovery whose names are not identified at this time;

50.    Plaintiff reserves the right to supplement and amend this witness list to reflect new witnesses learned throughout discovery; and,

51.    Any and all witnesses listed on Defendants' Witness List, whether called at the time of trial or not.

52.    Defendant's experts;

53.    All witnesses named or referred to in interrogatory answers, depositions, any and all pleadings, investigations and/or claims files or referred to in documents maintained or produced by all parties;

54. Any witness who may have been retained by other parties, whether or not called at the time of trial;

55. Custodian of records for any witnesses list by any party to this action;

56. Any and all witnesses that become known to Defendant through the course of this litigation;

57. All parties to this action, their employees, agents, and representatives under the adverse witness rule where applicable; and,

58. Plaintiff reserves the right to name additional lay and expert witnesses through and including the time of trial in this matter.

        Respectfully submitted,

        **Fieger, Fieger, Kenney, Johnson & Giroux, P.C.**

        By:  /s/ Ven R. Johnson
        **VEN R. JOHNSON (P39219)**
        Attorneys for Plaintiffs/Counter Defendant
        19390 West Ten Mile Road
        Southfield, Michigan 48075
        (248) 355-5555

Dated: July 30, 2007

## PROOF OF SERVICE

The undersigned hereby certifies that on July 30, 2007, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to the following: Michael J. Black and Stuart Sklar and I hereby certify that I have mailed by United States Postal Service the paper to the following non-ECF participants: none.

        /s/ Ven R. Johnson
        19390 W. Ten Mile Road
        Southfield, MI 48075
        (248) 355-5555
        v.johnson@fiegerlaw.com
        P39219