**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

ASSURANCE CO. OF AMERICA,

       Plaintiff,

v.

LAVDAS JEWELRY LTD.,

       Defendant.

_____/

Case Number: 06-13371

Hon. Arthur J. Tarnow
District Judge

Steven D. Pepe
Magistrate Judge

## ORDER GRANTING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT [DE 30], AND DENYING AS MOOT DEFENDANT'S MOTIONS FOR SUMMARY JUDGMENT [DE 36] AND PARTIAL SUMMARY JUDGMENT [DE 39]

Before the Court are Plaintiff's Motion for Summary Judgment [DE 30], and Defendant's Motions for Summary Judgment [DE 36] and Partial Summary Judgment [DE 39], on which the Court heard oral argument January 18, 2008. For the reasons stated on the record at the motion hearing,

IT IS HEREBY ORDERED that Plaintiff's Motion for Summary Judgment [DE 30] GRANTED.

IT IS FURTHER ORDERED that Defendant's Motions for Summary Judgment [DE 36] and Partial Summary Judgment [DE 39] are DENIED AS MOOT.

SO ORDERED.


                S/ARTHUR J. TARNOW_____
                Arthur J. Tarnow
                United States District Judge

Dated: January 22, 2008

I hereby certify that a copy of the foregoing document was served upon counsel of record on January 22, 2008, by electronic and/or ordinary mail.

                S/THERESA E. TAYLOR_____
                Case Manager